**Kathryn Ross**
Attorney at Law
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Voice: (510) 705-1983
Cell: (415) 297-1262
Fax: (510) 705-1983
Email: katie@kathrynrosslaw.com

Counsel for Defendant
BEAU SANKENE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. No. CR 16-00013-3 JSW (KAW) |
| v. | **STIPULATION AND [PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE AS MODIFIED** |
| BEAU SANKENE, et al., | |
| Defendants. | The Honorable Kandis A. Westmore |

Defendant, Beau Sankene, through her counsel, Kathryn Ross, and Assistant United States Attorney, Sheila Armbrust, stipulate and agree that the Court should modify the conditions of Ms. Sankene's release to allow her to travel outside of the Northern District to Merced, California. during the holiday season, from Saturday, November 26, 2016, to January 2, 2016.

On June 10. 2016, Ms. Sankene made an initial appearance in the above captioned case. On the same date, the Court released Ms. Sankene on an unsecured bond.  Ms. Sankene has been on pretrial release since that date with only one instance of failure to report as scheduled.

STIPULATION & [PROPOSED]
ORDER TEMPORARILY MODIFYING
CONDTIONS OF RELEASE
Case No.: CR  16-00013-3 JSW (KAW)

1

2    Ms. Sankene respectfully request that the conditions of her pretrial release be temporarily

3  modified to allow her to travel to Merced to be with her relatives over the holiday season.

4  Her supervising Pretrial Services Officer, Timothy Elder, has no objection to this request.

5
     Government counsel has no objection to this request to temporarily modify Ms. Sankene's
6
   pretrial release.  The parties agree that all other conditions of Ms. Sankene's pretrial release remain in
7
8  effect.

9

10   DATED:  November 18, 2016                    /S/
                                                 KATHRYN ROSS
11                                               Counsel for Beau Sankene

12

13   DATED:  November 18, 2016                    /S/
                                                 SHEILA ARMBRUST
14                                               Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                           STIPULATION & [PROPOSED]
                                                        ORDER TEMPORARILY MODIFYING
                                                             CONDTIONS OF RELEASE
                                                         Case No.: CR  16-00013-3 JSW (KAW)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BEAU SANKENE, et al.,<br><br>   Defendants. | Case No. No. CR 16-00013-3 JSW (KAW)<br><br>[~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE  AS MODIFIED<br><br>The Honorable Kandis A. Westmore |

   IT IS ORDERED that Pretrial Services is authorized to allow defendant Beau Sankene to travel out of the Northern District to Merced during the holidays, from November 26, 2016, ending on January 2, 2017.  In seeking approval from Pretrial Services, Defendant shall provide dates and addresses for where she will be staying.  All other conditions of Ms. Sankene's pretrial release shall remain in effect.

Dated:  November 21, 2016

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge