**Kathryn Ross**
Attorney at Law
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Voice: (510) 705-1983
Cell: (415) 297-1262
Fax: (510) 705-1983
Email: katie@kathrynrosslaw.com

Counsel for Defendant
BEAU SANKENE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BEAU SANKENE, et al.,<br><br>Defendants. | Case No. No. CR 16-00013-3 JSW (KAW)<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE  AS MODIFIED**<br><br>The Honorable Kandis A. Westmore |

Defendant, Beau Sankene, through her counsel, Kathryn Ross, and Assistant United States Attorney, Sheila Armbrust, stipulate and agree that the Court should modify the conditions of Ms. Sankene's release to allow her to travel outside of the Northern District to Manteca, California. during the holiday season, from Saturday, November 26, 2016, to January 2, 2017.

1  On June 10. 2016, Ms. Sankene made an initial appearance in the above captioned case. On
2  the same date, the Court released Ms. Sankene on an unsecured bond.  Ms. Sankene has been on
3  pretrial release since that date with only one instance of failure to report as scheduled.
4
5  Ms. Sankene respectfully request that the conditions of her pretrial release be temporarily
6  modified to allow her to travel to Manteca to be with her relatives over the holiday season.
7  Her supervising Pretrial Services Officer, Timothy Elder, has no objection to this request.
8  Government counsel has no objection to this request to temporarily modify Ms. Sankene's
9  pretrial release.  The parties agree that all other conditions of Ms. Sankene's pretrial release remain in
10 effect.
11
12 DATED:  November 22, 2016                    /S/
                                               KATHRYN ROSS
13                                             Counsel for Beau Sankene
14
15
16 DATED:  November 22, 2016                    /S/
                                               SHEILA ARMBRUST
17                                             Assistant United States Attorney

AMENDED STIPULATION &
[PROPOSED]
ORDER TEMPORARILY MODIFYING
CONDTIONS OF RELEASE
Case No.: CR  16-00013-3 JSW (KAW)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BEAU SANKENE, et al.,<br><br>                Defendants. | Case No. No. CR 16-00013-3 JSW (KAW)<br><br>[PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE AS MODIFIED<br><br>The Honorable Kandis A. Westmore |

    IT IS ORDERED that Pretrial Services is authorized to allow defendant, Beau Sankene, to travel out of the Northern District to Manteca during the holidays, beginning on November 26, 2016, and ending on January 2, 2017.  Before each visit she will seek permission from Pretrial Services and provide the date of departure, the address where she will be staying and the date of her return.  All other conditions of Ms. Sankene's pretrial release shall remain in effect.

Dated:  November  23 , 2016

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge